UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                  :

    - v. -                                   :      ORDER OF CONTINUANCE

ELEHECER BALAGUER,                        :      15 Mag. 827

    Defendant.                             :

- - - - - - - - - - - - - - - - - - - - - X

**ORIGINAL**

Upon the application of the United States of America and the affirmation of Ian McGinley, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of 18 U.S.C. § 39A in a complaint dated March 16, 2015, and was arrested on March 16, 2015;

It is further found that the defendant was presented before Magistrate Debra C. Freeman in the Southern District of New York on March 16, 2015, and was ordered released on bail on the following conditions: a $50,000 personal recognizance bond, co-signed by two financially responsible people; travel restricted to the Southern and Eastern Districts of New York; surrender of all travel documents and no new applications for travel documents; and strict pretrial supervision.

It is further found that Manuel A. Sanchez, Jr., Esq., counsel for defendant Elehecer Balaguer, and Assistant United States Attorney Ian McGinley have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 15 2015

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until May 15, 2015, and that a copy of this Order and the affirmation of Assistant United States Attorney Ian McGinley be served on this date on counsel for the defendant by the United States Attorney's Office.

Dated:   New York, New York
         April 15, 2015

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE